Commonwealth *v.* Milton, Appellant.

Submitted April 9, 1973. *John R. Cook* and *John J. Dean* Assistant Public Defenders, and *George H. Ross,* Public De-

fender, for appellant; *Robert L. Eberhardt*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM : The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended postconviction petition.